## Leland-David Advertising, Inc., Appellee, v. Fetter Storage Warehouse Co., Appellant.

### Gen. No. 47,604. 

First District, Second Division.

March 3, 1959.

Released for publication March 20, 1959.

 Jaffe, Green & Murnighan (Jacob H. Jaffe, John B. Murnighan, of counsel) for defendant-appellant; Spatuzza, Yedor & Buckley (Bernard Yedor, of counsel) for appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**